UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO. 20CR3670JLS** |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| ) | MOTION HEARING/ |
| vrs. ) | TRIAL SETTING |
| ) | |
| Arnold Adalid Palma, ) | |
| Defendant. ) | |
| _____ ) | |

  Upon the Ex Parte Request by Defendant, and Good Cause Appearing, the Motion Hearing/Trial Setting is continued from February 5, 2021 to March 5, 2021 at 1:30 p.m.

  For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

  SO ORDERED.

DATED: February 1, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge